PD-1317-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/8/2015 5:20:42 PM
Accepted 10/9/2015 2:47:13 PM
ABEL ACOSTA
CLERK

CAUSE NUMBER _____

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

_____

**MARY ZUNIGA**
*Petitioner*

**V.**

**THE STATE OF TEXAS**
*Respondent*

_____

**From the Thirteenth District Court of Appeals, Cause No. 13-14-0316-CR and the 347th District Court for Nueces County, Cause No. 13-CR-4404-H, Honorable Missy Medary**

_____

# PETITION FOR DISCRETIONARY REVIEW

_____

**Motion for Extension of Time to File Petition for Discretionary Review**

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

**COMES NOW**, Petitioner, Mary Zuniga, represented by and through her undersigned counsel, and respectfully submit this Motion for Extension of Time to File Petition for Discretionary Review.

On April 24, 2014, Petitioner was charged by indictment with Tampering with Physical Evidence. (C.R 5-6).

On May 12, 2014, Petitioner filed her *Defendant's Amended Motion to Quash and Exception to Form of Indictment.* (C.R. 17-20).

FILED IN
COURT OF CRIMINAL APPEALS

October 9, 2015

ABEL ACOSTA, CLERK

On June 4, 2014, the Court granted the motion and entered an Order pertaining to same. (C.R. 29, T.R. 1-18).

Respondent thereafter filed their notice of the instant appeal and on July 16, 2015, a Panel of the Thirteenth Court of Appeals issued its *Memorandum Opinion*.

On or about August 17, 2015. Appellee filed her Appellee's Brief.

In an unpublished opinion delivered July 16, 2015, the Thirteenth Court of Appeals overturned the judgment of the trial court.

On August 17, 2015, Petitioner filed her *Motion for En Banc Rehearing*, which was denied on August 24, 2015.

Accordingly, Petitioner's deadline to file her Petition for Discretionary Review was September 23, 2015. Counsel was ill since the beginning of September, and due to counsel being ill and overwhelmed with work the date was miscalendared.

At this time, Petitioner is requesting an extension to file her Petition for Discretionary Review within the fifteen (15) allotted Rule 68.2 (c) of the Texas Rules of Appellate Procedure.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner espectfully prays that this Court grant her Motion for Extension of Time making her Petition for Discretionary Review on or before October 8, 2015, and accepting as filed on the 8th the previously filed Petition for Discretionary Review, which is also attached as Exhibit "A," hereto and for further relief, either at law or equity, to which she may be justly entitled.

Respectfully submitted,

GALE LAW GROUP, PLLC
P.O. Box 2591

Corpus Christi, Texas 78403
Telephone: (361) 808-4444
Telecopier: (361) 232-4139

By: /s/ *Christopher J. Gale*
　　Christopher J. Gale
　　Texas Bar No. 00793766
　　Email: Chris@GaleLawGroup.com
*Attorney for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of October 2015, a true and correct copy of the foregoing was forwarded to the following counsel of record by the means indicated below:

Doug Norman                                          *Via E-File Notification*
Assistant District Attorney
NUECES COUNTY DISTRICT ATTORNEY'S OFFICE
Texas Bar Number 24078729
901 Leopard, Room 206
Corpus Christi, Texas 78401

State Prosecuting Attorney                     *Via First Class Mail*
P.O. Box 12405
Austin, Texas 78711

　　　　　　　　　　　　　　　/s/ *Christopher J. Gale*
　　　　　　　　　　　　　　　Christopher J. Gale